BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KARRIE A. CHAVEZ**  ) | Case No. CIV-08-691 EFB |
| ) | |
| ) | **STIPULATION AND ORDER** |
| **Plaintiff,**  ) | **EXTENDING PLAINTIFF'S TIME TO** |
| ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.**  ) | **OF SUMMARY JUDGMENT** |
| ) | |
| **MICHAEL J. ASTRUE**  ) | |
| **Commissioner of Social Security**  ) | |
| **of the United States of America,**  ) | |
| ) | |
| **Defendant.**  ) | |
| ) | |
| _____ ) | |

   IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from September 29, 2008, to November 21, 2008. This is Plaintiff's first extension and is required due to Plaintiff's counsel's extremely heavy briefing schedule through mid November.

/ / / /

/ / / /

/ / / /

1

Dated: September 25, 2008     */s/Bess M. Brewer*
BESS M. BREWER
Attorney at Law

Attorney for Plaintiff


Dated: September 26, 2008     McGregor W. Scott

United States Attorney

/s/ *Leo R. Montenegro*
LEO R. MONTENEGRO

Special Assistant U.S. Attorney
Social Security Administration

Attorney for Defendant

**ORDER**

APPROVED AND SO ORDERED.

DATED: October 2, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE