BESS M. BREWER, #100364
LAW OFFICE OF
BESS M. BREWER & ASSOCIATES
P.O. Box 5088
Sacramento, CA 95817
Telephone: (916) 454-3111
Facsimile: (916) 454-3131

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **KARRIE A. CHAVEZ** | ) | Case No.  CIV-08-691 EFB |
| | ) | |
| | ) | |
| | ) | **STIPULATION AND ORDER** |
| **Plaintiff,** | ) | **EXTENDING PLAINTIFF'S TIME TO** |
| | ) | **FILE MEMORANDUM IN SUPPORT** |
| **v.** | ) | **OF SUMMARY JUDGMENT** |
| | ) | |
| **MICHAEL J. ASTRUE** | ) | |
| **Commissioner of Social Security** | ) | |
| **of the United States of America,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by and between the parties, through their attorneys, and with the permission of the Court as evidenced below, that the Plaintiff's time to file the summary judgment in this case is hereby extended from November 21, 2008 to November 26, 2008.   This is extension is required due to Plaintiff's counsel's extremely heavy briefing schedule.

/ / / /

/ / / /

/ / / /

1

Dated: November 24, 2008                    */s/Bess M. Brewer*
                                            BESS M. BREWER
                                            Attorney at Law

                                            Attorney for Plaintiff


Dated: November 24, 2008                    McGregor W. Scott

                                            United States Attorney

                                            */s/   Donna Anderson for Leo R. Montenegro*
                                            LEO R. MONTENEGRO

                                            Special Assistant U.S. Attorney
                                            Social Security Administration

                                            Attorney for Defendant


## ORDER

Although the stipulation requests an extension up to and including November 26, 2008, for plaintiff to file her motion for summary judgment, no motion has been filed as of December 1, 2008. The court hereby extends the deadline to December 12, 2008, but cautions plaintiff's counsel that no further extensions will be granted.

With the above modification, the stipulation is approved and so ordered.

DATED:  December 1, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE